UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>                    v.<br><br>HEALTHCO, INC.,<br>         Defendant. | 1:20-mc-495<br><br>(Originally  70 Civ. 1312 (I.B.W.)) |

**~~[PROPOSED]~~ ORDER TERMINATING FINAL JUDGMENT**

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated. The Clerk of Court is directed to close this case.

Dated: November 30, 2020

_____
United States District Court Judge
Southern District of New York